IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

LINDA FAY GARNER et al

V

CASE NO: 03-5037-CV-SW-SWH

REGIS CORPORATION

DATE: **Monday, June 12, 2006**

**HONORABLE SARAH W. HAYS presiding at Kansas City, Missouri**

**Nature of Proceeding: IN CAMERA HEARING RE: APPROVAL OF SETTLEMENT**

Time Commenced: 2:00 p.m.    Time Terminated: 2:40 p.m.

| PLAINTIFF | DEFENDANT |
|---|---|
| George A. Hanson | Denise K. Drake |
| Todd M. McGuire | Daniel Boatright |

REMARKS: Counsel appear in person. Mr. Hansen, plaintiff's counsel, provides the Court with an overview of the joint settlement between the parties. The Court finds that settlement agreement is fair and reasonable. Parties will be filing a joint dismissal of this case with prejudice. The Court will retain jurisdiction concerning the settlement agreement. The Court finds that this matter is confidential; tapes and written notes are to be placed under seal. Court adjourns.

Recorded on tape # one by B. Rowland.

SARAH W. HAYS
United States Magistrate Judge

By: _/s/ Bonnie J. Rowland_
Courtroom Deputy