# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

LINDA FAY GARNER, et al., )
           Plaintiffs, )
v. )
           ) Case No. 03-5037-CV-SW-SWH
REGIS CORPORATION, )
           Defendant )

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the joint motion of the parties for approval of the FLSA collective action settlement attached as Exhibit 1 to the parties' joint motion (hereinafter the "Settlement Agreement"). The Court having considered all papers filed and proceedings had herein and otherwise being fully informed and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The parties' joint motion for approval of the proposed settlement, filed June 7, 2006, is granted and the settlement is approved.

2. The parties are hereby directed to perform pursuant to the terms of the Settlement Agreement.

3. Pursuant to the Settlement Agreement, this lawsuit is dismissed with prejudice, and without costs (except as otherwise provided in the Settlement Agreement).

4. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this settlement and any award or distribution of the settlement payments; and (b) construction, enforcement and administration of the Settlement Agreement.

The Clerk of this Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.


Dated: June 12, 2006				/s/ SARAH W. HAYS
						United. States Magistrate Judge